WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANELY CAPITAL I INC. TRUST 2006-HE1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE1,<br><br>Plaintiff,<br>vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00326-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 6]**<br><br>[First Request] |

Plaintiff, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1 ("Wells Fargo") and Defendant Westcor Land Title Insurance Company ("Westcor"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On January 22, 2021, Wells Fargo filed its Complaint in Eighth Judicial District Court, Case No. A-21-828236-C [ECF No. 1-1];

2. On February 26, 2021, Westcor filed its Petition for Removal to this Court [ECF No. 1];

3. On March 5, 2021, Westcor filed a Motion to Dismiss [ECF No. 6];

4. Wells Fargo's deadline to respond to Westcor's Motion to Dismiss is currently March 19, 2021;

5. Wells Fargo's counsel is requesting an extension until April 19, 2021, to file its response to the pending Motion to Dismiss;

6. This extension is requested to allow Wells Fargo additional time to finalize and file its response to the pending Motions to Dismiss as lead handling counsel for Wells Fargo continues to recover from an unexpected medical emergency.

7. Counsel for Westcor does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 15th day of March, 2021.

WRIGHT, FINLAY & ZAK, LLP

/s/ Lindsay D. Robbins
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1*

DATED this 15th day of March, 2021.

MAURICE WOOD

/s/ Brittany Wood
Brittany Wood, Esq.
Nevada Bar No. 7562
9525 Hillwood Drive, Suite 140
Las Vegas, Nevada 89134
*Attorney for Defendant, Westcor Land Title Insurance Company*

**IT IS SO ORDERED.**

Dated March 17, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE