1   WRIGHT, FINLAY & ZAK, LLP
2   Darren T. Brenner, Esq.
    Nevada Bar No. 8386
3   Christina V. Miller, Esq.
    Nevada Bar No. 12448
4   Lindsay D. Robbins, Esq.
    Nevada Bar No. 13474
5   7785 W. Sahara Ave., Suite 200
6   Las Vegas, NV 89117
    (702) 637-2345; Fax: (702) 946-1345
7   cmiller@wrightlegal.net
8   *Attorneys for Plaintiff, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley*
    *Capital I Inc. Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1*

9
                            **UNITED STATES DISTRICT COURT**
10                                **DISTRICT OF NEVADA**

11  WELLS FARGO BANK, NATIONAL            Case No.:  2:21-cv-00326-JCM-BNW
12  ASSOCIATION, AS TRUSTEE FOR
    MORGAN STANELY CAPITAL I INC.         **STIPULATION AND ORDER TO**
13  TRUST 2006-HE1, MORTGAGE PASS-        **EXTEND TIME TO FILE REPLY IN**
    THROUGH CERTIFICATES, SERIES 2006-    **SUPPORT OF COUNTER-MOTION**
14  HE1,                                  **FOR PARTIAL SUMMARY**
                                          **JUDGMENT [ECF NO. 14]**
15                   Plaintiff,
16          vs.                           **[First Request]**

17  WESTCOR LAND  TITLE INSURANCE
18  COMPANY; DOE INDIVIDUALS I through
    X; and ROE CORPORATIONS XI through
19  XX, inclusive,

20                   Defendants.

21

22          Plaintiff, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital

23  I Inc. Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1 ("Wells Fargo")

24  and Defendant Westcor Land Title Insurance Company ("Westcor"), by and through their counsel

25  of record, hereby stipulate and agree as follows:

26          1.  On January 22, 2021, Wells Fargo filed its Complaint in Eighth Judicial District Court,

27              Case No. A-21-828236-C [ECF No. 1-1];

28

2.   On February 26, 2021, Westcor filed its Petition for Removal to this Court [ECF No. 1];

3.   On March 5, 2021, Westcor filed a Motion to Dismiss [ECF No. 6];

4.   On April 26, 2021, Wells Fargo filed an Opposition to the Motion to Dismiss and Counter-Motion for Partial Summary Judgment [ECF Nos. 13 and 14 respectively];

5.   On June 1, 2021, Westcor filed its Reply in support of the Motion to Dismiss [ECF No. 19] and Opposition to the Counter-Motion for Partial Summary Judgment [ECF No. 20];

6.   Wells Fargo's deadline to file its Reply in support of the Counter-Motion for Partial Summary Judgment is June 15, 2021;

7.   Wells Fargo's counsel is requesting a 30-day extension until July 15, 2021, to file its Reply in support of the Counter-Motion for Summary Judgment;

8.   This extension is requested to allow Wells Fargo additional time to analyze the arguments raised and legal authorities cited by Westcor in its Opposition to the Counter-Motion for Partial Summary Judgment;

///
///
///
///
///
///
///
///
///
///
///
///
///

1   9.  Counsel for Westcor does not oppose the requested extension;

2   10. This is the first request for an extension which is made in good faith and not for

3       purposes of delay.

4   **IT IS SO STIPULATED.**

5   DATED this 15th day of June, 2021.          DATED this 15th day of June, 2021.

6   WRIGHT, FINLAY & ZAK, LLP               MAURICE WOOD

7   */s/ Christina V. Miller*                    */s/ Brittany Wood*

8   Christina V. Miller, Esq.                    Brittany Wood, Esq.
    Nevada Bar No. 12448                         Nevada Bar No. 7562

9   7785 W. Sahara Ave., Suite 200               8250 West Charleston Blvd., Suite 100

10  Las Vegas, NV 89117                          Las Vegas, Nevada 89117
    *Attorneys for Plaintiff, Wells Fargo Bank,*   *Attorney for Defendant, Westcor Land Title*

11  *National Association, as Trustee for Morgan*   *Insurance Company*
    *Stanley Capital I Inc. Trust 2006-HE1,*

12  *Mortgage Pass-Through Certificates, Series*
    *2006-HE1*

13

14  **IT IS SO ORDERED.**

15      Dated  June 16, 2021.

16

17

18  _____

19  UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28