WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Christina V. Miller, Esq.
Nevada Bar No. 12448
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANELY CAPITAL I INC. TRUST 2006-HE1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE1,<br><br>Plaintiff,<br><br>vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00326-JCM-BNW<br><br>**STIPULATION AND ORDER TO STAY DEADLINE TO FILE DISCOVERY PLAN [ECF NO. 23]**<br><br>**[First Request]** |

Plaintiff, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1 ("Wells Fargo") and Defendant Westcor Land Title Insurance Company ("Westcor"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On June 17, 2021, this Court ordered the parties participate in a Rule 26(f) conference. ECF No. 23.

2. On June 24, 2021, the parties conferred.

3. Defendant Westcor intends to file a motion to stay this case pending the outcome of Wells Fargo II no later than June 25, 2021.

4. Plaintiff has indicated it is unlikely to substantively oppose that motion based on the facts and circumstances related to this case.

5. In light of the anticipated motion to stay, the parties stipulate and ask the Court to stay the deadline to submit a scheduling order articulated in ECF No. 23 until after the anticipated motion to stay the case is adjudicated. In the event the motion to stay is denied, the parties will submit a proposed scheduling order within seven days of that order. Otherwise, the parties will hold the Rule 26(f) conference in abeyance until after the stay is lifted.

**IT IS SO STIPULATED.**

DATED this 24th day of June, 2021.　　　　DATED this 24th day of June, 2021.

WRIGHT, FINLAY & ZAK, LLP　　　　　　MAURICE WOOD

*/s/ Darren T. Brenner*　　　　　　　　　　　*/s/ Brittany Wood*
Darren T. Brenner, Esq.　　　　　　　　　　Brittany Wood, Esq.
Nevada Bar No. 8386　　　　　　　　　　　Nevada Bar No. 7562
7785 W. Sahara Ave., Suite 200　　　　　　 8250 West Charleston Blvd., Suite 100
Las Vegas, NV 89117　　　　　　　　　　　Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Wells Fargo Bank,*　　*Attorney for Defendant, Westcor Land Title*
*National Association, as Trustee for Morgan*　*Insurance Company*
*Stanley Capital I Inc. Trust 2006-HE1,*
*Mortgage Pass-Through Certificates, Series*
*2006-HE1*

**Order**

**IT IS SO ORDERED**

**DATED:** 12:51 pm, June 30, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**