1  WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
2  Nevada Bar No. 8386
3  Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
4  7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
5  (702) 637-2345; Fax: (702) 946-1345
6  dbrenner@wrightlegal.net
ldragon@wrightlegal.net
7  *Attorneys for Plaintiff, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley
Capital I Inc. Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1*
8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANELY CAPITAL I INC. TRUST 2006-HE1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE1, <br><br> Plaintiff, <br><br> vs. <br><br> WESTCOR LAND TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-00326-JCM-BNW <br><br> **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
|---|---|

Plaintiff, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1 and Defendant, Westcor Land Title Insurance Company, by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed with prejudice, with each party bearing its own fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 20th day of July, 2023. | DATED this 20th day of July, 2023. |
| **WRIGHT, FINLAY & ZAK, LLP** | **MAURICE WOOD** |
| */s/ Lindsay D. Dragon* | */s/ Aaron Maurice* |
| Lindsay D. Dragon, Esq. | Aaron Maurice, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 6412 |
| 7785 W. Sahara Ave., Suite 200 | 8250 West Charleston Blvd., Suite 100 |
| Las Vegas, NV 89117 | Las Vegas, Nevada 89117 |
| *Attorney for Plaintiff, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1* | *Attorneys for Defendant, Westcor Land Title Insurance Company* |

**IT IS SO ORDERED.**

DATED July 24, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE